UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA ) | CASE NO.   5:23CR307 |
| ) | |
| Plaintiff, ) | **JUDGE: PATRICIA GAUGHAN** |
| ) | |
| ) | **MOTION TO PARTIALLY MODIFY** |
| -vs- ) | **BOND CONDITIONS** |
| ) | |
| MICHAEL ELOSHWAY ) | |
| ) | |
| Defendant, ) | |

    Now comes the defendant, through counsel, and herein moves this Honorable Court for an Order partially modifying the current terms and conditions of his bond. Defendant is under indictment for allegedly violating 18 U.S.C. § 2252 (a) (2). Defendant was arraigned on June 28th, 2023, and he posted an unsecured bond of $20,000.00 and additional conditions of release were imposed. The conditions included Home Detention. Defendant requests that the Home Detention be removed. He is not seeking a modification regarding the remaining conditions. The Home Detention provision restricts him to his residence at all times except for employment, education, religious services, medical substance abuse, or mental health treatment, attorney visits, court appearances, court ordered obligations, or other activities as pre-approved by pretrial services. Defendant, as a result of the indictment, was terminated from his employment. He is currently the primary childcare provider for his minor child. Defendant Is currently unable to properly care for his minor child within the home detention restrictions. He would like to be able to take his young child to visit with his parents who live in the Cleveland area, and to be able to assist them in their care of defendant's sister who is battling Stage Four Cancer. There are obviously personal needs to

be addressed including grocery shopping etc. Additionally, defendant needs to be able to freely seek employment. Defendant is not a flight risk and has no prior criminal history. Defendant respectfully requests that the Home Detention bond condition be eliminated.

                                      Respectfully submitted,

                                      /s/ Jaye M. Schlachet (Ohio # 0005795)
                                      /s/ Craig T. Weintraub (Ohio # 0040095)
                                      Attorney for Defendant
                                      55 Public Square, Suite 1600
                                      Cleveland, Ohio 44113
                                      216-456-2488       Phone
                                      216-456-2499       Fax
                                      Jaye@Schlachetlaw.com

<u>Certificate of Service</u>

I hereby certify that on the 23rd of July 2023, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system.

                                      /s/ Jaye M. Schlachet
                                      Attorney for Defendant